# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2007

132913-14

JEFFREY M. RUPERSBURG,
        Plaintiff-Appellant,

v

ETKIN SKANSKA CONSTRUCTION
COMPANY OF MICHIGAN, f/k/a A.J. ETKIN
CONSTRUCTION COMPANY, BAKER
CONCRETE CONSTRUCTION, INC., and
WHALEY STEEL CORPORATION,
        Defendants-Appellees,
and

L.W. CONNELLY & SON, INC.,
        Defendant.

_____

JODI L. RUPERSBURG and JEFFREY M.
RUPERSBURG,
        Plaintiffs-Appellants,

v

ETKIN SKANSKA CONSTRUCTION
COMPANY OF MICHIGAN, f/k/a A.J. ETKIN
CONSTRUCTION COMPANY, BAKER
CONCRETE CONSTRUCTION, INC., and
WHALEY STEEL CORPORATION,
        Defendants-Appellees,
and

L.W. CONNELLY & SON, INC.,
        Defendant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 132913
COA: 262388
Oakland CC: 2000-023553-NO

SC: 132914
COA: 262406
Oakland CC: 2002-045346-NO

     On order of the Court, the application for leave to appeal the November 30, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2007

_____
Clerk

t0319